JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-896-GW-GJSx | Date | June 21, 2022 |
|---|---|---|---|
| Title | Keith Marvel Walton v. United States District Court Central District of California | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :**   NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION

On June 7, 2022, an Order to Show Cause for Lack of Prosecution was issued. Plaintiff was given until June 17, 2022 to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

:

Initials of Preparer    JG